### COLE V. THE STATE.

(Decided June 13, 1912.)

APPEAL from Bullock Circuit Court.
Heard before Hon. MIKE SOLLIE.

43 CA

RAINER & ANDREWS, for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

PELHAM, J.—Bill of exceptions stricken because violative Rule 32, C. C. Practice, and cause affirmed.